# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ARTHUR GROSS AND GLORIA
GROSS

NO.   2023 CW 0843

VERSUS

THE SPINE HOSPITAL OF
LOUISIANA, THE NEUROMEDICAL
CENTER, APMC AND SCOTT W.
SOLEAU, M.D.

**SEPTEMBER 4, 2023**

---

In Re:   Scott W. Soleau, M.D. and The NeuroMedical Center, APMC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 652,311.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

   **WRIT GRANTED.**   The district court's ruling which denied defendants' motion to qualify Dr. Nageeb Thomas and which disqualified him from testifying in this matter is reversed. See **Medine v. Roniger**, 2003-3436 (La. 7/2/04), 879 So.2d 706, 712, holding that medical review panelists are allowed to testify on behalf of a party as paid experts.   Moreover, generally, bias does not preclude a party's qualification as an expert, because the potential bias of the witness may be explored on cross-examination. **Pelts & Skins Export, Ltd. v. State of Louisiana through the Department of Wildlife & Fisheries**, 97-2300 (La. App. 1st Cir. 4/1/99), 735 So.2d 116, writs denied, 99-2036, 99-2042 (La. 10/29/99), 748 So.2d 1167, 1168.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT